FILED
CLERK, U.S. DISTRICT COURT

SEPT 12, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHANEL, INC., a New York Domestic Business Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:14-cv-01358-SVW-FFMx<br><br>[*Honorable Stephen V. Wilson<br>Courtroom 6*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:    January 9, 2014<br>Pretrial Conference: August 11, 2014<br>Jury Trial:         August 19, 2014 |

**GOOD CAUSE APPEARING THEREFOR**, in light of the Parties' Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that:

1. This matter be dismissed in its entirety with prejudice ; and
2. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

September 12, 2014

_____
Honorable Stephen V. Wilson
United States District Court Judge